IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
DISTRICT COURT
OF MARYLAND

2007 SEP 4  A 10: 20

UNITED STATES OF AMERICA,

Plaintiff,                                        BY _____ DEPUTY

v.                                        Court No. JH-91-261

LEMUEL A. HENDERSON,

Defendant.

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded on June 5, 1991, Case# CAL 91-11817, with the Circuit Court for Prince George's County

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 13 day of September, 2007, a copy of the foregoing was delivered by first class mail to,

Lemuel A. Henderson
3386 Curtis Drive, Apt. 104
Hillcrest Heights, MD 20746

Thomas F. Corcoran
Assistant United States Attorney